```
COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Phone: (415) 693-2000
Fax: (415) 693-2222

ANNE H. PECK (SBN 124790)
(peckah@cooley.com)
JEFFREY T. NORBERG (SBN 215087)
(jnorberg@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400
```

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEACHBOOK.COM LLC, <br><br> Defendant. | Case No.  CV 10-03654 RMW <br><br> **NOTICE OF CHANGE OF COUNSEL** <br><br> **JURY TRIAL DEMANDED** |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, Jeffrey T. Norberg replaces Emily F. Burns as counsel representing Plaintiff  Facebook, Inc. ("Facebook").  Mr. Norberg remains a member of  Cooley LLP, which firm remains counsel of record for Plaintiff Facebook.

//

//

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FACEBOOK v. TEACHBOOK.COM
CASE NO. 10-CV-03654 RMW

1.

NOTICE OF CHANGE OF COUNSEL

Counsel for Facebook respectfully request that all future mailings or service directed to Plaintiff Facebook be addressed as follows:

>Jeffrey T. Norberg, Esq.
>(jnorberg@cooley.com)
>3175 Hanover Street
>Palo Alto, CA  94304-1130
>Telephone:  (650) 843-5000
>Facsimile:   (650) 849-7400

Dated:  September 29, 2010

COOLEY LLP
MICHAEL G. RHODES
ANNE H. PECK
JEFFREY T. NORBERG


/s/ *Jeffrey T. Norberg*
    Jeffrey T. Norberg


Attorneys for Plaintiff
FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FACEBOOK V. TEACHBOOK.COM
CASE NO. 10-CV-03654 RMW

2.

NOTICE OF CHANGE OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010, a copy of the foregoing NOTICE OF CHANGE OF COUNSEL was served via the Court's electronic filing system and sent via U.S. Mail on the following attorney of record:

*Attorney for Teachbook.com, Inc.*
Anthony L. Abboud
Abboud Legal, LLC
2341 Catherine Street
Northbrook, IL 60062
tony@abboudlegal.com

Dated: September 29 , 2010        /s/ *Jeffrey T. Norberg*
                                  Jeffrey T. Norberg

886612 v1/HN