Michael L. Rodenbaugh
California Bar No. 179059
Erin Dennis Vivion
California Bar No. 262599
**RODENBAUGH LAW**
548 Market Street
San Francisco, CA  94104
(415) 738-8087 phone/fax
info@rodenbaugh.com

Anthony L. Abboud
Illinios Bar No. 6224356
*(Pro Hac Vice application pending)*
**ABBOUD LEGAL, LLC**
1363 Shermer Road, Suite 219
Northbrook, IL 60062
(847) 239-7165 phone
tony@abboudlegal.com

Attorneys for Defendant Teachbook.com LLC

*E-FILED - 12/2/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| FACEBOOK, INC.,<br>　　　　　Plaintiff,<br>v.<br>TEACHBOOK.COM, LLC,<br>　　　　　Defendant. | CASE NO.  CV 10-03654 - RMW (MEJ)<br>HON. RONALD M. WHYTE<br><br>[] Order Continuing CMC |
|---|---|

　　　Upon the Stipulated Request made by Defendant Teachbook.com, LLC  ("Teachbook"), to continue the Case Management Conference, currently scheduled for December 3, 2010, until January 7, 2011.  The court finds that good cause exists for this Request.

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: December 2, 2010

　　　　　　　　　　　By:  ____/s/ Ronald M. Whyte____
　　　　　　　　　　　　　　Hon. Ronald M. Whyte
　　　　　　　　　　　　　　United States District Court Judge